UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


MICHAEL PARKER                )
                                     )
V.                              )        No. 3:12-0661
                                   )        JUDGE CAMPBELL
UNITED STATES OF AMERICA    )


<u>ORDER</u>


        The Court is in receipt of a pro se prisoner motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.

        As it is not readily apparent from the face of the motion that the movant is not now entitled to relief from this Court, Rule 4(b), Rules – Section 2255 Cases, the United States Attorney for this judicial district shall file an answer, plead or otherwise respond to the motion in conformance with Rule 5, Rules – Section 2255 Cases, within twenty-three (23) days of the date of entry of this Order on the docket.

        It is so ORDERED.


                            _____
                            TODD J. CAMPBELL
                            UNITED STATES DISTRICT JUDGE